LAW OFFICE OF
**SANDRA D. PARKER**
110 EAST 59TH STREET – SUITE 3200
NEW YORK, NEW YORK 10022
WWW.SDP-LAW.COM

TELEPHONE 212-317-2883
FACSIMILE 212-317-1383
SPARKER@SDP-LAW.COM

August 11, 2021

**BY ECF**
Honorable Vernon S. Broderick
United States District Court
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 8/13/2021

RE:  Williams v. NYS Unified Court System
     Office of Court Administration, et al.
     16 Civ. 2061 (VSB)

Dear Judge Broderick:

     This firm represents Shannon Williams, the Plaintiff in the above entitled employment discrimination action. Due to the demands of another case, I write to respectfully request an extension of time to submit the joint proposed redaction of the Opinion and Order which granted Defendants' motion for summary judgment. *ECF # 230.* This is Plaintiff's first request for an extension. The Individual Defendants do not oppose this request. OCA consents to the extension.

     Counsel for Plaintiff is currently working on a reply in a motion pending in another case, which is due on August 13, 2021. That is the same date Your Honor set as the due date for the parties to submit their joint proposed redaction of the Opinion and Order. Counsel needs the additional time to review the Order and confer with the Defendants' attorneys to finalize the proposed redaction.

     For the foregoing reasons, Plaintiff respectfully requests that the Court extend from August 13, 2021 to August 17, 2021 the date for submission of the joint proposed redaction of the Opinion and Order.

Respectfully,

Sandra D. Parker
SDP:mm

cc:  Michael Berg, Esq. (By ECF)
     Pedro Morales, Esq. (By ECF)