# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SHANNON WILLIAMS,

                Plaintiff,                16 **CIVIL** 2061 (VSB)

        -against-                    **JUDGMENT**

NEW YORK STATE UNIFIED COURT
SYSTEM OFFICE OF COURT
ADMINISTRATION, JOSEPH ACCETTA,
individually and as Chief Clerk of the
Westchester County Surrogate's Court,
JOHANNA O'BRIEN, individually and as
Deputy Chief Clerk of the Westchester County
Surrogate's Court, SUSAN NEWMAN
LOEHR, individually and as Commissioner of
Jurors of Westchester County,

                Defendants.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 10, 2021, OCA's and the Individual Defendants' motions for summary judgment are GRANTED. Plaintiff's claims are DISMISSED; accordingly, this case is closed.

**Dated:**  New York, New York
          September 8, 2021

                                          **RUBY J. KRAJICK**
                                             **Clerk of Court**
                           BY:
                                              **Deputy Clerk**